UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
D.S. and E.S. on behalf of minor child A.S.,   (PROPOSED)
                                               ORDER TO SHOW CAUSE

          Plaintiffs,

   v.                                          Case No.: 1:25-cv-09624-JAV

DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK,

          Defendant.
-------------------------------------------------------------X

     Upon Plaintiff's annexed Complaint, Exhibits, Motion for a Preliminary Injunction, Memorandum of Law, Plaintiff's Declaration, IT IS HEREBY ORDERED that the above-named Defendant DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK shows cause before this Court at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on _____, _____, 2025, at _____ o'clock in the _____ of that day why a **PRELIMINARY INJUNCITON** should not be issued, pursuant to, Fed. R. Civ. P. 65, the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12131 *et seq*., and/or Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, ordering (1) Defendant to immediately place Plaintiff A.S. at Baruch High School.

     IT IS FURTHER ORDERED, that service of this Order to Show Cause upon the Parties shall be complete upon the filing of this Order to Show Cause by the Court via Case Management/Electronic Case Filed ("CM/ECF") and emailing a copy to ServiceECF@law.nyc.gov; and

IT IS FURTHER ORDERED that any papers in opposition to Plaintiffs' application for injunctive and emergency enforcement relief shall be served by ECF and email on Plaintiffs' counsel, on _____, 2025, and any Reply Papers shall be served by ECF and email on Defendant's counsel, on _____, 2025.

Dated: _____          SO ORDERED

 

                                                      _____
Hon. Jeannette A. Vargas
United States District Judge