UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
D.S. and E.S. on behalf of minor child A.S.,

                Plaintiffs,                              25-cv-09624 (JAV)

      v.

DEPARTMENT OF EDUCATION OF                ORDER
THE CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

It is hereby ORDERED that a hearing will be held with respect to Plaintiff's motion for a preliminary injunction.  ECF No. 8.  The hearing will take place on **February 4, 2026**, at **12:00p.m.**, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Defendant's response to the motion was due on December 10, 2025.  As a courtesy, the Court GRANTS, *nunc pro tunc*, an extension of the deadline for Defendant to file their response. Defendant shall submit their response to the motion by **December 30, 2025**.

Defendant shall file the administrative record with the Court by **January 28, 2026**.

It is FURTHER ORDERED that by **January 28, 2026,** the parties shall submit a joint letter, informing the Court whether either party will seek to introduce evidence beyond the administrative record at the hearing, and if so, provide a list of witnesses to be called along with a summary of their anticipated testimony, and an exhibit list in the format required by the Court's Individual Rules and Practices for Hearings and Trials**.**

Pre-marked exhibits, in the format required by the Court's Individual Rules and Practice

for Hearings and Trials, shall be submitted to the Court via flash drive by **January 30, 2026**, at

**5:00pm.**

SO ORDERED.
Dated: December 17, 2025

JEANNETTE A. VARGAS
United States District Judge