UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

D.S. and E.S. on behalf of minor child A.S.,      :

                 :

            Plaintiffs,      :

                 :          25-CV-09624 (JAV)

    -v-                  :

                 :            ORDER

DEPARTMENT OF EDUCATION OF THE CITY OF   :
NEW YORK,

                 :

            Defendant.     :

                 :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record during the hearing held February 4, 2026, Plaintiffs'

motion for a preliminary injunction, ECF No. 8, is DENIED.

The Clerk of Court is directed to terminate ECF No. 8.

SO ORDERED.

Dated: February 4, 2026
      New York, New York                     _____
                                      JEANNETTE A. VARGAS
                                      United States District Judge