

MEMORANDUM ENDORSED

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Madison M. Moore**
Phone: (212) 356-2097
madmoore@law.nyc.gov

March 20, 2026

<u>**VIA ECF**</u>

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: D.S. et. al. v. Department of Education of the City of New York
         Case No: 25-cv-9624 (JAV)

Dear Judge Gorenstein:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendant in the above-referenced action. I, along with Plaintiffs' counsel, write to respectfully request an adjournment of 30 days to the settlement conference scheduled for March 24, 2026 at 10:00 am to April 23, 2026 on any day thereafter the Court deems appropriate.

      In response to Your Honor's correspondence dated March 19, 2024, the parties understand the importance of conducting settlement discussions prior to the settlement conference with the Court. In an effort to have the settlement conference be more fruitful, the parties have set a time to meet and discuss the issues and both parties expect they can make more meaningful progress with additional time as a result of the adjournment of the settlement conference.

      The parties respectfully request an extension of time from this Court of the current date for the settlement conference of March 24, 2026, to April 23, 2026, or any day thereafter the Court deems appropriate to allow time to conduct meaningful settlement discussions and prepare appropriately for the settlement conference before Your Honor.

      Thank you for your consideration in this matter.

Respectfully,

*Madison M. Moore*

Madison M. Moore
Assistant Corporation Counsel

cc: Counsel of Record (via ECF)

Conference adjourned to May 1, 2026, at 2:30 p.m.  New letters are due on April 27, 2026.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 23, 2026