UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

D.S. and E.S. on behalf of minor child A.S.,

Plaintiff,

-v-

DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK.

Defendant.

---------------------------------------------------------------------X

25-CV-09624 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record during the conference held on October 20, 2026, the fact discovery deadline in this matter is hereby EXTENDED to December 4, 2026. The letter required under Rule 8.D of the Court's Individual Rules and Practices in Civil Cases is due by December 18, 2026.

Plaintiff is further ORDERED to serve complete responses to all outstanding discovery requests, including interrogatories and requests for production of documents, produce all responsive documents, and provide the requested HIPAA authorization forms, no later than November 3, 2026, unless the parties resolve this matter prior to that date.

SO ORDERED.

Dated: October 21, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge